■ In the Matter of REMO J. ACITO et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents. In the Matter of PAUL R. SHAW, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents. In the Matter of HERMAN SCHNEIDER, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— Orders entered on August 27, 1962, unanimously affirmed, without costs. We are in agreement with the reasons furnished by Special Term in *Matter of Shaw*

and *Matter of Schneider*. Motion to dispense with printing granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.